STIPULATION OF
DISMISSAL

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No. 1:22-cv-740-WO-LPA

| | |
|---|---|
| PIEDMONT ROOFING SERVICES, LLC | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BROTHERHOOD MUTUAL INSURANCE COMPANY, | ) ) |
| Defendant. | ) ) |

     Plaintiff, PIEDMONT ROOFING SERVICES, LLC, and their attorney John David Matheny II, of the law firm Matheny Law PLLC and Defendant BROTHERHOOD MUTUAL INSURANCE COMPANY hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this legal action, including all claims alleged therein, are voluntarily dismissed without prejudice.

     Respectfully submitted, this the 3rd day of March, 2023

| **MATHENY LAW, PLLC** | **BAILEY & DIXON, LLP** |
|---|---|
| /s/ John David Matheny II | /s/ J.T. Crook |
| John David Matheny II | J.T. Crook |
| NC Bar # 49387 | N.C. State Bar No. 35232 |
| 516-D River Highway | Attorneys for Defendant |
| Suite 198 | Post Office Box 1351 |
| Mooresville, NC 28117 | Raleigh, NC 27602 |
| (984) 269-3829 | (919) 828-0731 |
| mathenylawpllc@gmail.com | jcrook@bdixon.com |